IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPHEN PAUL SEARCY,
#9601103437
    Plaintiff,

vs.                                        3:10cv113/LAC/MD

DEPUTY PEARSON #380 and
DEPUTY FLANIGAN #26,.
    Defendants.

## **O R D E R**

This case is before the court upon plaintiff's amended complaint. Upon review of the plaintiff's allegations, it appears that service of this complaint is now appropriate. Because plaintiff is proceeding *in forma pauperis*, he is not responsible for the costs of service.[1] However, before service can be ordered, he must submit **two** service copies of his amended complaint that are identical to each other and to the amended complaint filed with the court.

Accordingly, it is ORDERED:

1. Within **twenty-one (21)** days from the date of this order, plaintiff shall submit two identical copies of his amended complaint for service on the defendants.

2. Failure to timely comply with this order may result in a recommendation of dismissal of this action.

---

[1] Plaintiff is reminded of his continued obligation to submit monthly installment payments to the court until the filing fee is paid in full.

DONE AND ORDERED this 21st day of May, 2010.


/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**